# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:   Tran Nguyen

   Debtor(s)

Case No.: 16–10215–TWD
Chapter: 13

## NOTICE OF DEFICIENT FILING

## AND NOTICE REGARDING DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **January 19, 2016**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) or object to dismissal of the case indicating why dismissal is not appropriate on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

New Official Bankruptcy Forms go into effect December 1, 2015. If you are filing documents on or after December 1, 2015, you must use the most recently revised version of the Official Forms. Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**

None

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**     **February 3, 2016**

REVISED OFFICIAL FORMS REQUIRED IF FILING ON OR AFTER 12/1/2015

Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**CREDIT COUNSELING REQUIREMENT:**

This requirement has been satisfied

DATED: **January 19, 2016**

Mark L. Hatcher
Clerk of the Bankruptcy Court

*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.*